IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

NORTHERN DIVISION

| | |
|---|---|
| ALLSTATE NSURANCE CO. a/s/o<br>TRINA LEE<br>PO BOX 29500<br>ROANOKE, VA 24018<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES CAPITOL POLICE DEPT<br>119 D STREET NE<br>WASHINGTON, DC 205100001<br><br>　　　SERVE ON:<br>　　　OFFICE OF THE GENERAL COUNSEL<br>　　　US CAPITAL POLICE<br>　　　119 D ST NE WASHINGTON, DC 205100119<br><br>　　　　Defendant | *<br>*<br>*<br>*<br>*　Case No.:<br>*<br>*<br>*<br>*<br>*<br>* |

## COMPLAINT

**NOW COMES** Allstate Insurance Company ("Allstate") a/s/o Trina Lee, Plaintiff, by and through their attorney, Charles J. Fratus and Fratus Law Group, LLC, sues the Defendant United States Capitol Police Department ("USCPD") for the cause of action state:

### FEDERAL JURISDICTION AND VENUE

1. This action involves issues regarding and derives its federal jurisdiction via federal question through: The United States as Defendant 28 U.S. Code § 1346, Time for commencing action against United States 28 U.S.C. §2401, Federal Tort Claims Act 28 U.S.C. §§ 2671-72, 2674, 2679. ***See attached Notice Letters in compliances for the Federal Torts Claims Act.***

2. Venue is proper in this court of filing as the incident of which the suit is subject took places in Washington D.C. between a private citizen and a federal government entity.

Accordingly, the District Court of the United States for Maryland Northern Division has subject matter jurisdiction over this matter.

## PARTIES

3. The Plaintiff is Allstate Insurance Company, a Virginia corporation with its principal offices located in Roanoke, Virginia. Allstate is registered and authorized to do business in Maryland and Washington DC.

4. The Defendant, USCPD, was the owner of the motor vehicle operated by its agent and employee Andew McGill in the subject incident of this suit. The Defendant, USCPD, is the owner of the vehicle McGill operated, as well as McGill's employer. USCPD is a federal agency based in Washington DC.

## FACTS

5. That on or about July 4, 2021, a vehicle (2016 Chevy Cruze) owned by Trina Lee and operated by Andrew Lee was lawfully traveling southbound on 2nd Street at the intersection of Pennsylvania Avenue SE in Washington DC. Lee was stopped in the intersection at Pennsylvania Ave SE and 2nd Street in response to the emergency equipment activated by the Defendant approaching from the rear.

6. That a vehicle (2018 Ford F150) owned by USCPD and operated by Andrew McGill was travelling behind Lee, approaching from the rear with the emergency equipment of the vehicle activated. When Defendant attempting to navigate around Lee's vehicle that was stopped in the intersection, yielding to the Defendant, collided with the driver's side of the bumper of the Plaintiff's vehicle, striking it with the rear passenger's side of its vehicle as Defendant attempted to motor around Lee.

## COUNT ONE
## NEGLIGENCE

7. The Plaintiff re-alleges and incorporates all the allegations contained in paragraphs 1-6 as if fully set forth herein.

8. The Defendant misjudged the space necessary to safely operate and maneuver their vehicle around the Plaintiff's vehicle from behind the Plaintiff in traffic. In doing so, the Defendant's vehicle struck the Plaintiff's vehicle.

9. The Defendant failed to safely and accurately judge the space between themselves and Plaintiff's. As a result the Defendant collided with the side of the Plaintiff's vehicle.

10. That as a result of the impact from the Defendant, the collision and force from the vehicles caused significant damage to the Plaintiffs' vehicles.

11. That as an end result, Defendant was the responsible party for a two-car collision.

12. Defendant operated the vehicle in a negligent manner by, among other things, failing to keep a proper lookout, failing to utilize proper judgement with regards to their spacing and travelling speed, and failing to take such other further and evasive action to avoid the collision aforesaid when in the exercise of due care and caution Defendant could have and should have done so.

13. Defendant had a duty of care to operate the vehicle in a safe and proper manner.

14. Defendant breached that duty of care by failing to operate the vehicle in a safe and proper manner at the time and place of the accident that is subject of this suit.

15. Defendant's negligence proximately caused significant, substantial, and permanent property damage to Plaintiff.  Plaintiff asserts that all of this loss and damage was the direct result of Defendant's negligence, without any contributory negligence by Plaintiff.

16. Plaintiff's insured Trina Lee had in effect a policy of insurance with Allstate. Allstate joins herein to protect its subrogated interest in this matter.

**WHEREFORE**, Plaintiff, Allstate Auto Insurance Company a/s/o Trina Lee, demands judgment against the Defendant, in the amount of **NINE THOUSAND FIVE HUNDRED NINETY-FOUR DOLLARS AND 86/100 ($9,594.86),** plus costs and service.

/s/ Charles J. Fratus
Charles J. Fratus #13169
Fratus Law Group, LLC
566 B&A Blvd
Severna Park, MD 21146
410.295.7100 (phone)
844.240.1557 (fax)
Chuck@Fratuslaw.com
*Attorney for Plaintiff*

### CERTIFICATION

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

28 C.F.R. Part 14.2(a) governs the requirements for the successful filing of a claim under the Federal Tort Claims Act (FTCA); and 32 C.F.R. Part 750 provides the Department of the Navy's regulations concerning requirements for the successful filing of claims under both the FTCA, 28 U.S.C. §§ 1346(b), 2401(b), 2671-2680, and the Military Claims Act (MCA), 10 U.S.C. § 2733.

Date of signing: 7/19/2023

/s/ Charles J. Fratus
Charles J. Fratus #13169
Fratus Law Group, LLC
566 B&A Blvd
Severna Park, MD 21146
410.295.7100 (phone)
844.240.1557 (fax)
Chuck@Fratuslaw.com
*Attorney for Plaintiff*